```
STEPHANIE M. HINDS
United States Attorney
PETER K. THOMPSON
Associate General Counsel
Office of Program Litigation, Office 7
FREDERICK FRIPPS
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Frederick.fripps@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ABALOS<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 3:24-CV-04849-LJC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR AN EXTENSION OF TIME** |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from December 2, 2024 to January 2, 2024, for Defendant to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 8).

　　　This is Defendant's first request for an extension of time.  Good cause exists for this extension. After reading Plaintiff's arguments and reviewing the Certified Administrative Record, I have determined that I would like to pursue settlement options. I require additional time to adhere to Agency policy in seeking settlement authority.

Stip. to Extend Time & ~~Prop.~~ Order; 3:24-CV-04849-LJC   1

I contacted Plaintiff's counsel and he consented to Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated:  December 2, 2024

*/s/ Kevin LaPorte*
(*as authorized via email)
KEVIN LAPORTE
Attorney for Plaintiff

Dated:  December 2, 2024

United States Attorney

*/s/ Frederick D. Fripps*
FREDERICK D. FRIPPS
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  December 2, 2024

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge

Stip. to Extend Time & ~~Prop.~~ Order; 3:24-CV-04849-LJC   2