United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    ROBERTO ABALOS,                          Case No. 3:24-cv-04849-LJC

8                    Plaintiff,

9            v.                               **JUDGMENT IN A CIVIL CASE**

10    MARTIN J. O'MALLEY,

11                    Defendant.

12

13        () Jury Verdict.  This action came before the Court for a trial by jury.  The issues have

14   been tried and the jury has rendered its verdict.

15        (X) Decision by Court.  This action came to trial, hearing, or submission on the papers to

16   the Court.  The issues have been presented and a decision has been rendered.

17        IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff.

18   Dated: December 20, 2024

19                                            Mark Busby, Clerk

20                                            By:_____

21                                                 Brittany Sims
                                                  Deputy Clerk
22
23
24
25
26
27
28