```
KEVIN LaPORTE, ESQ.  SBN 291008
LaPorte Law Firm
1999 Harrison St., 18th Floor
Oakland, CA 94612
Phone: (510) 208-4525
Fax: (510) 369-2074
Email: kevin@laportelawfirm.com
```

Attorney for Plaintiff, Roberto Abalos

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ABALOS,<br><br>          Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security<br><br>          Defendant. | CIVIL NUMBER: 3:24-cv-04849<br><br>STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to approval by the Court, that Plaintiff's attorney Kevin LaPorte receive the following payment:

1. The defendant shall pay **SEVEN THOUSAND FIVE HUNDRED DOLLARS, ($7,500.00)** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) for attorney's fees (including costs) incurred in this Court action.  This amount represents compensation for all legal services rendered on behalf of Plainiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

2. After the Court issues an order for EAJA fees to Defendant, the government will consider the matter of Roberto Abalos's assignment of EAJA fees to Kevin LaPorte. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order of EAJA fees are entered,

the government will determine wehther they are subject to any offset. If the Department of Treasury determines that Roberto Abalos does not owe a federal debt, the check is to be payable to Kevin LaPorte, Plainiff's counsel.

3. This is a settlement of Plaintiff's request for attorney's fees pursuant to EAJA, and does not constitute an admission of liability of fault on the part of Defendant under the Equal Access of Justice Act.

4. Payment of the **SEVEN THOUSAND FIVE HUNDRED DOLLARS, ($7,500.00)** EAJA attorney's fees incurred in this Court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney's fees pursuant to EAJA as a result of this Court action.

Dated: January 16, 2025          /s/ Kevin LaPorte
                                 Kevin LaPorte, ESQ.
                                 Attorney for Plaintiff

Dated: January 16, 2025          /s Frederick Fripps
                                 Frederick Fripps
                                 (authorized by email)
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that Plainiff be awarded attorney fees in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS, ($7,500.00) as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED:

Dated: January 17, 2025          _____
                                 Lisa J. Cisneros
                                 United States Magistrate Judge

```
KEVIN LaPORTE, ESQ.  SBN 291008
LaPorte Law Firm
1999 Harrison St., 18th Floor
Oakland, CA 94612
Phone: (510) 208-4525
Fax: (510) 369-2074
Email: kevin@laportelawfirm.com
```

Attorney for Plaintiff, Roberto Abalos

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ABALOS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendant. | CIVIL NUMBER: 3:24-cv-04849<br><br>PLAINITFF'S AFFIDVAIT AND ASSIGNMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Roberto Abalos, being fist duly sworn, on oath states:

1. I am the Plaintiff in the above-captioned action.

2. At the time this action was begun, my net worth was less than two million dollars.

3. I hereby assign any entitlement that I may have to a fee under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), to my attorney Kevin LaPorte. I acknowledge that the fee compensates my attorney for representing me before the United States District Court. Therefore, I ask that the EAJA award be made payable to Kevin LaPorte and not me as Plaintiff.

EAJA MOTION
CASE NO. 3:24-CV-04849

4. WHEREFOR, I assign any right or interest I may have in the award of an EAJA fee and understand that the EAJA award shall be paid to my attorney Kevin LaPorte, to compensate counsel for the work performed on this case in the U.S. District Court.

R P Abalos
Roberto Abalos, Plaintiff

Subscribed and sworn to before me

This 6TH day of JANUARY 2025 ~~2024~~

STATE OF CALIFORNIA COUNTY OF SANTA CLARA
Subscribed and sworn to (or affirmed) before me on this 6TH day of JAN, 2025 by ROBERTO ABALOS proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
(Signature of Notary)

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

PANAGIOTIS GEORGE NANOPOULOS
Notary Public - California
Santa Clara County
Commission # 2502486
My Comm. Expires Nov 16, 2028

Notary Public, State of California

My commission expires: NOVEMBER 16, 2028

EAJA MOTION
CASE NO. 3:24-CV-04849